# EXHIBIT A

SEP-19-2014 12:49 From:CERMAK CENTRAL CE    1 708 863 6594    To:13124761383    P.2/2

DEPT 1011
PO BOX 4115
CONCORD CA 94524

Address Service Requested

#BWNFTZF #CHRB12798409057#

DIANA ACOSTA 11165281-36

**CHASE RECEIVABLES**
A Professional Collection Agency
877-256-2510
PLEASE CALL BETWEEN
Monday-Friday 6:00am to 6:30pm PST
Saturday 7am to 2:30pm PST
September 8, 2014

RE: MASSEY - DMS
Chase# 11165281
<u>TOTAL BALANCE:</u> $524.59

Send payments/Correspondence To:
Chase# 11165281-36
Chase Receivables
1247 Broadway
Sonoma, CA 95476

IMPORTANT TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT

HABLAMOS ESPANOL
THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS
*** PAST DUE ***

WE ARE PROUD OF OUR REPUTATION BY TREATING PEOPLE WITH THE UTMOST RESPECT AND COURTESY
CHECK IT OUT, CALL US.
UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.
You can go through our Automation System to submit a Credit Card Payment by calling (888)483-6183. If you would like to submit a dispute you can email us at <u>chaserec@chaserec.com</u>.

**You have 6 easy payment options:**
1. Send us a check-Make all checks payable to MASSEY - DMS and send to the payment address above.
2. Pay via a Credit Card. ($14.95 Chase Receivables processing fee where applicable)
3. Pay via Western Union.
4. Pay via the web www.chaserec.com/paymethod.php PIN#
5. Call us at the number shown above and one of our representatives will be happy to assist you!
6. Electronic Check Payments can be done over the phone ($9.95 Chase Receivables processing fee where applicable)
* Selecting this option enables you to make a payment 24 hours a day, 7 days a week - and you do not need to speak to a representative.

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A COLLECTION AGENCY.

CHH301-0905 5111132930 2426