# **EXHIBIT B**

Pay Data Center 9/26/14, 8:26 PM



Logout

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# Chase Payment Center

Name: DIANA ACOSTA
Address:
City:
State:
Zip Code:

Balance Due: $524.59

Minimum Payment: $1.00
Payment Amount *

\* Required Field

There will be a $14.95 processing fee added to your transaction.
Convenience fees are payment processing fees charged by Chase Receivables. Should you have any questions regarding the convenience fee being charged please contact a representative at 800 622 0484.

Click next to pay with a credit card.

Clicking next will redirect you to a secure website to finish your credit card transaction.
You will be returned to this website after the transaction is processed.

[ Next ]

© 2014 Pay Data Center, L.L.C.

https://www.paydatacenter.com/EasyPay/Summary.php?uid=7gqbtpn6tnftv2fffksflp44m1 Page 1 of 1